UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERRIFF'S OFFICE; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHELY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>　　　　　Defendants. | Case No. 1:19-cv-01105-AWI-BAM<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME FOR COUNTY DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT** |

The Court, having considered the Joint Stipulation to allow Mariposa County, Mariposa County Sherriff's Office, Sheriff Deputy William Atkinson, and Sheriff Deputy Wesley Smith (collectively, the "County Defendants") additional time to respond to Plaintiff Jerry Cox's ("Plaintiff") Summon and initial Complaint ("Initial Complaint") in this lawsuit,

HEREBY ORDERS:

1. The County Defendants are hereby excused from filing an answer or other response to the Initial Complaint until fourteen (14) days after the Court issues its order ruling on the Receiver's Motion to Dismiss/Motion to Strike the Initial Complaint.
2. If the Court grants leave for Plaintiff to file a First Amended Complaint, the County Defendants are hereby excused from filing an answer or other response to the Initial Complaint, and the County Defendants will file an answer or other response to the First Amended Complaint.
3. If the County Defendants file a motion to dismiss or motion to strike the First Amended Complaint, the time for the County Defendants to file an answer to Plaintiff's First Amended Complaint is not due until fourteen (14) days after the Court's ruling on the County Defendants' motion to dismiss or motion to strike the First Amended Complaint.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:  October 11, 2019  _____
SENIOR DISTRICT JUDGE

-1-