UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERRIFF'S OFFICE; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHELY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACOUNTY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>        Defendants. | Case No. 1:19-cv-01105-AWI-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE JANUARY 15, 2010 MANDATORY SCHEDULING CONFERENCE** |

The Court, having considered the Joint Stipulation to Continue the January 15, 2020 Mandatory Scheduling Conference submitted by the parties, and GOOD CAUSE appearing,

HEREBY ORDERS:

1. The Mandatory Scheduling Conference currently set for January 15, 2020 at 10:00 a.m., is continued to March 4, 2020 at 9:30 a.m. in Courtroom #8 (6th Floor). The parties shall file a Joint Scheduling Report one week prior to the Mandatory Scheduling Conference.

2. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: **January 8, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE