UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERRIFF'S OFFICE; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHELY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACOUNTY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | Case No. 1:19-cv-01105-AWI-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE MARCH 4, 2020 MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. No. 36) |

Pursuant to the parties' stipulation (Doc. No. 36), and good cause appearing due to the pending Motion to Dismiss and Motion to Strike (Doc. Nos. 6, 14), the Mandatory Scheduling Conference currently set for March 4, 2020, is HEREBY CONTINUED to **April 30, 2020, at 09:30 AM in Courtroom 8 (BAM)** before the undersigned. A Joint Scheduling Report shall be filed one week prior to the conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: **February 26, 2020**           /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE