UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COX,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01105-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

　　Due to the current status of this case, including the pending Motion to Strike (Doc. No. 14) and the stipulation to extend time for Defendant Ashley Harris to file a response to the complaint, the Scheduling Conference currently set for April 30, 2020, is HEREBY CONTINUED to **June 24, 2020, at 10:00 AM in Courtroom 8 (BAM)** before the undersigned. A Joint Scheduling Report shall be filed one week prior to the conference.  The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:  __**April 22, 2020**__          /s/ *Barbara A. McAuliffe*         
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE