# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Jerry Cox | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-01105-AWI-BAM |
| Mariposa County, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Ashley Cox.

Date: May 26, 2020

*Attorney's signature*

Anthony Basich,  Bar No. 100224
*Printed name and bar number*

Jenner & Block LLP, 633 West 5th Street
Suite 3600, Los Angeles, CA 90071
*Address*

abasich@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*