# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual, JDC LAND COMPANY, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERIFF; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>　　　　　　Defendants. | **CASE NO.: 1:19-cv-01105-AWI-BAM**<br><br>**ORDER TO CONTINUE HEARING ON DEFENDANTS MARIPOSA COUNTY, MARIPOSA COUNTY SHERIFF'S OFFICE, SHERIFF DEPUTY WILLIAM ATKINSON, AND SHERIFF DEPUTY WESLEY SMITH'S MOTION FOR ABSTENTION AND STAY AND MOTION TO DISMISS**<br><br>Hearing Date: August 17, 2020<br>Hearing Time: 1:30 p.m.<br>Judge: Anthony W. Ishii<br>Action Filed: August 12, 2019<br><br>(Doc. No. 56) |

　　　Defendants Mariposa County, Mariposa County Sheriff's Office, Sheriff Deputy William Atkinson, Sheriff Deputy Wesley Smith (the County Defendants) have filed a Motion For Abstention and Stay and a Motion To Dismiss with a hearing date set for both Motions on July 20, 2020. These parties having stipulated, and good cause otherwise been shown, the hearing date for both motions is hereby continued for 28 days from July 20, 2020 to August 17, 2020 at 1:30 p.m. Plaintiff Jerry Cox's opposition papers are due fourteen days before the August 17, 2020 hearing date.

IT IS SO ORDERED.

Dated:　June 25, 2020　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE