# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| JERRY COX, an Individual, JDC LAND COMPANY, LLC, a California Limited Liability Company,<br><br>            Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERIFF; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>            Defendants. | **CASE NO.: 1:19-cv-01105-AWI-BAM**<br><br>**ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT ASHLEY HARRIS'S MOTION TO DISMISS AND MOTION FOR STAY**<br><br><br>**Hearing Date: August 17, 2020**<br>**Hearing Time: 1:30 p.m.**<br>**Judge: Anthony W. Ishii**<br>**Action Filed: August 12, 2019**<br><br>(Doc. No. 58) |

Defendant Ashley Harris (the Harris Defendant) has filed a Motion to Dismiss and a Motion for Stay in this matter with a hearing date set for both motions for July 6, 2020. The Parties having stipulated, and good cause otherwise having been shown, the hearing date for both motions is hereby continued from July 6, to August 17, 2020. Having stipulated to a briefing schedule different from that provided in local rules, the Plaintiff's opposition papers due on July 27, 2020, 21 days before the new hearing date, and Defendant Harris's Reply papers due on August 10, 2020, 7 days before the new hearing date.

IT IS SO ORDERED.

Dated: __June 25, 2020__                    _____

SENIOR  DISTRICT  JUDGE