Frederick J. Geonetta, SBN 114824
Kenneth Frucht, SBN 178881
Geonetta & Frucht LLP
825 Washington Street, Suite 220
Oakland, CA  94607
Telephone:  (510) 254-3777
fred@geonetta-frucht.com
kfrucht@gmail.com

Attorneys for Plaintiff
JERRY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual, JDC LAND COMPANY, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERIFF; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>　　　　　　Defendants. | CASE NO.: 1:19-cv-01105-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF JERRY COX TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS FOR STAY/ABSTENTION; ORDER**<br><br>Hearing Date: August 17, 2020<br>Hearing Time: 1:30 p.m.<br>Judge: Anthony W. Ishii<br>Action Filed: August 12, 2019 |

　　　　Plaintiff Jerry Cox sought and obtained from the Defendants in this action a Stipulation for a further extension of time in which to oppose and have heard the Defendants' several motions on the pleadings. This stipulation seeks additional time for Plaintiff to respond to Defendant Ashley Harris' Motion To Dismiss and Motion For Stay in this matter (the Harris Motions), and to respond to the Motion For Abstention and Stay and the Motion To Dismiss in this action filed by the Mariposa County Defendants (the County Motions). Plaintiff seeks this extension following the brutal murder of co-counsel Marc Angelucci on Saturday, July 11, 2020. Mr. Angelucci was shot to death in the front of his home near Crestline California. National and local press have reported that law

enforcement has apparently concluded that Mr. Angelucci was murdered by the same individual who later shot and killed the son of a federal judge on the east coast, and critically wounded the judge's husband.

Mr. Angelucci has been involved in the subject action since its beginning and also in the related state court receivership, state court civil action, and the restraining order action. Due to his long standing involvement in these proceedings, Mr. Angelucci had critical and difficult to replace history and knowledge of the factual and legal history of the claims. As such, he bore a significant role in preparing Plaintiff's response to the subject motions. Not only has Plaintiff suffered the tragic loss of his long standing legal counsel, but also Mr. Angelucci's prolific work product, including that specific to the instant motions, contained on Mr. Angelucci's computer systems, have been taken into custody by law enforcement in connection with their investigation of his murder. Plaintiff's counsel have yet to ascertain how long it might take Plaintiff's remaining representatives to obtain access to Mr. Angelucci's work product and other computer records relating to his representation of Plaintiff in this as well as the related state court actions.

Plaintiff appreciates the Defendants' understanding of this tragic and obviously unforeseen circumstance. Thus pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Local Rule 143, and Local Rule 144, the parties hereby agree to extend to continue the hearing on the Harris Motions and the County Motions for 63 days to give Plaintiff Jerry Cox additional time to file oppositions to the 4 defense Motions in this action, and to have all the Defendants' Motions heard on the same day on October 19, 2020. Thus, the parties stipulate to continue the hearing date on the Defendants' Motions for 63 days from August 17, 2020 to October 19, 2020 at 1:30 p.m., with the Plaintiff's opposition papers to each of the Motions due 21 days before the new hearing date, and Defendants' reply papers due 7 days before the new hearing date. The stipulated proposed due date of Plaintiff's opposition papers is deliberately

//
//
//
//
//

inconsistent with the Eastern District's Local Rules.

                                                Respectfully submitted,

DATED:  August 7, 2020                             GEONETTA & FRUCHT, LLP

                                                By:  ss//*Frederick J. Geonetta*

                                                        Frederick J. Geonetta
                                                        Geonetta & Frucht LLP
                                                        Attorneys for Plaintiff Jerry Cox

DATED: August 7, 2020                             By: ss//*Amy Egerton-Wiley*
                                                        Anthony Basich
                                                        Brian Adesman
                                                        Amy Egerton Wiley
                                                        JENNER & BLOCK LLP
                                                        Attorneys for Defendant
                                                         Ashley Harris

DATED: August 7, 2020                             By: ss// John M. Fujii
                                                        John M. Fujii
                                                        Silver & Wright LLP
                                                        Attorneys for Defendants
                                                        Mariposa County, Mariposa
                                                        County Sheriff's Office, William
                                                        Atkinson, and Wesley Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual, JDC LAND COMPANY, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br>v.<br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERIFF; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | CASE NO.: 1:19-cv-01105-AWI-BAM<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF JERRY COX TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS FOR STAY/ABSTENTION**<br><br>Hearing Date: August 17, 2020<br>Hearing Time: 1:30 p.m.<br>Judge: Anthony W. Ishii<br>Action Filed: August 12, 2019 |

Defendant Ashley Harris has filed a Motion To Dismiss and a Motion For Stay and the Mariposa County Defendants have filed a Motion For Abstention and Stay, and a Motion To Dismiss in this matter with a hearing date for all motions currently scheduled on August 17, 2020. The parties having stipulated, and good cause otherwise having been shown, the hearing date for all of Defendants' motions is hereby continued for 63 days from August 17, 2020 to October 19, 2020 at 1:30 p.m., with the Plaintiff's opposition papers to each of the motions due 21 days before the new hearing date, and Defendants' reply papers due 7 days before the new hearing date.

IT IS SO ORDERED.

Dated:  August 10, 2020                                                  _____
                                                                                                  SENIOR DISTRICT JUDGE