# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERRIFF'S OFFICE; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHELY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACOUNTY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | Case No.  1:19-cv-01105-AWI-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE AUGUST 26, 2020 MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. No. 61) |

The Court, having considered the Stipulation to Continue the August 26, 2020 Mandatory Scheduling Conference submitted by the parties, and GOOD CAUSE appearing,

HEREBY ORDERS:

1. The Mandatory Scheduling Conference currently set for August 26, 2020 at 9:30 a.m. is continued to **December 16, 2020**, at 9:30 a.m. in Courtroom #8 (6th Floor). The parties shall file a Joint Scheduling Report one week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **August 11, 2020**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE