Frederick J. Geonetta, SBN 114824
Kenneth Frucht, SBN 178881
Geonetta & Frucht LLP
825 Washington Street, Suite 220
Oakland, CA  94607
Telephone:  (510) 254-3777
fred@geonetta-frucht.com
kfrucht@gmail.com


Attorneys for Plaintiff
JERRY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERIFF; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | **CASE NO.: 1:19-cv-01105-AWI-BAM**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF JERRY COX TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS FOR STAY/ABSTENTION; ORDER**<br><br>**Hearing Date: October 19, 2020**<br>**Hearing Time: 1:30 p.m.**<br>**Judge: Anthony W. Ishii**<br>**Action Filed: August 12, 2019** |

On August 7, 2020, Plaintiff Jerry Cox filed a Stipulation and [Proposed] Order for a further extension of time in which to oppose and have heard the Defendants' several motions on the pleadings (Dckt. 62), with the Court signing the Order approving the Stipulation on August 10, 2020 (Dckt 64).  Plaintiff sought the August 7, 2020 extension after his attorney Marc Angelucci was murdered, and Mr. Angelucci's computers and work product were taken into the custody of law enforcement and investigators.  Plaintiff's requested extension was predicated on the expectation that law enforcement was promptly seeking appointment of a special master to take custody of Mr. Angelucci's files and records, and that Mr. Angelucci's computer and paper files relating to the Plaintiff's case(s) would be released to Plaintiff in short order.  That turned out not to be the case.

1  Since the Stipulation was filed, Plaintiff's attorneys and investigator have made repeated telephone

2  and email inquiries with several San Bernardino County Sheriff detectives assigned to Mr.

3  Angelucci's murder, including the Sheriff's public affairs unit and multiple calls to local FBI offices

4  once the FBI became involved due to the murder suspect's apparent assassination of the son and

5  shooting of the husband of a federal court judge, all in an attempt to determine whether a special

6  master was appointed and to retrieve the computer files and records, or at least copies thereof.

7  However, until September 23, 2020, Plaintiff's inquires have gone without a response.  On

8  September 23, 2020, Plaintiff finally received the following email from Detective Simon DeMuri of

9  the San Bernardino Sheriff's Office:

10      Hello Jerry.  I apologize for my delayed response.  We have been crazy busy, but
        that is no excuse. I had a phone call with Fred Giannetta [*sic*] this morning about
11      this.  Unfortunately a special master was assigned to the case at the onset,
        however was cancelled when we linked the suspect to the murder.  We cannot
12      release any of the evidence until the case is through the DA's office and any court
        proceedings that may happen as a result.  This process is not a fast one and can
13      take many months to complete, unfortunately.  I hope to have my case completed
        and to our DA for review in the next month or two, once there it has to go through
14      the review process which could take four or more weeks.

15  Detective Demuri repeated this information in his call with Plaintiff's counsel Fred Geonetta,

16  adding that because the files were evidence in a criminal investigation, even with a special master

17  appointed, the materials could not be released to anyone even when a special master is appointed

18  unless there is a court order.  Needless to say, getting the extensive work product from Mr.

19  Angelucci's files and records is a significantly more involved process than Plaintiff anticipated.

20      In light of the above, Plaintiff now seeks an additional extension of time to respond to

21  Defendant Ashley Harris' Motion To Dismiss and Motion For Stay (the Harris Motions), and to the

22  Motion For Abstention and Stay and the Motion To Dismiss in this action filed by the Mariposa

23  County Defendants (the County Motions).  Plaintiff seeks this additional extension having just been

24  informed that, contrary to his prior understanding, a special master has *not* been appointed and is not

25  in possession of the computers and work product of Mr. Angelucci, and Mr. Angelucci's computers

26  and work product will not be available for at least several more months.  Plaintiff now realizes that

27  he will have to prepare the motion opposition papers without the benefit of Mr. Angelucci's work

28  product.  Plaintiff needs additional time to recreate Mr. Angelucci's evidence files, research, and

work product in order to respond to Defendants' several respective motions.

Counsel for Defendants believe that most of the issues in the Motions primarily involve questions of law for which Mr. Angelucci's files would not seem necessary.  Nevertheless, Defendants are willing to stipulate to this continuance.

Therefore, Defendants do not oppose this final brief extension of the briefing schedule and hearing, and thus, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Local Rule 143, and Local Rule 144, the parties hereby agree to continue the hearing on the Harris Motions and the County Motions for 56 days to give Plaintiff Jerry Cox additional time to file oppositions to the 4 defense Motions in this action, and to have all the Defendants' Motions heard on the same day on December 14, 2020.  Thus, the parties stipulate to continue the hearing date on the Defendants' Motions for 56 days from October 19, 2020 at 1:30 p.m. to **December 14, 2020 at 1:30 p.m.**, with Plaintiff's opposition papers to each of the Motions due 21 days before the new hearing date, and Defendants' reply papers due 7 days before the new hearing date.  The stipulated proposed due date of Plaintiff's opposition papers is deliberately inconsistent with the Eastern District's Local Rules.

Respectfully submitted,

DATED:  September 28, 2020                    GEONETTA & FRUCHT, LLP


By:  ss//*Ken Frucht*
     Frederick J. Geonetta
     Geonetta & Frucht LLP
     Attorneys for Plaintiff Jerry Cox


DATED: September 28, 2020                    JENNER & BLOCK LLP

By:  ss//*Anthony Basich*
     Anthony Basich
     Brian Adesman
     Attorneys for Defendant
     Ashley Harris

///

///

///

DATED: September 28, 2020

SILVER & WRIGHT LLP

By:  ss// John M. Fujii
John M. Fujii
Attorneys for Defendants
Mariposa County, Mariposa
County Sheriff's Office, William
Atkinson, and Wesley Smith

IT IS SO ORDERED.

Dated:   October 2, 2020

SENIOR  DISTRICT
JUDGE