1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                   FRESNO DIVISION

11

12   JERRY COX, an individual,

13              Plaintiff,                        Case No.  1:19-cv-01105-AWI-BAM

14         v.
                                                 **ORDER GRANTING JOINT
15                                               STIPULATION TO CONTINUE
     MARIPOSA COUNTY; MARIPOSA COUNTY            DECEMBER 16, 2020 MANDATORY
16   SHERIFF'S OFFICE; SHERIFF DEPUTY            SCHEDULING CONFERENCE**
     WILLIAM ATKINSON; SHERIFF DEPUTY
17   WESLEY SMITH; ASHLEY HARRIS;                (Doc. No. 93.)
     CALIFORNIA RECEIVERSHIP GROUP
18   ("CRG") AND MARK ADAMS IN HIS               Judge: Hon. Judge Ishii
     INDIVIDUAL AND OFFICIAL CAPACITY,           Mag. Judge: Hon. Barbara A. McAuliffe
19   AND DOES 1 THROUGH 100, INCLUSIVE.

20              Defendants.

21
22
23
24
25
26
27
28

1

The Court, having considered the Joint Stipulation to Continue the December 16, 2020 Mandatory Scheduling Conference submitted by the parties, and good cause appearing thereto, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference currently set for hearing on December 16, 2020, at 9:30 a.m. is continued to **February 23, 2021, at 9:00 a.m.**, in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

2. The parties shall file a Joint Scheduling Report one week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **December 1, 2020**            /s/ *Barbara A. McAuliffe*  _
                                  UNITED STATES MAGISTRATE JUDGE

2