1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

12   JERRY COX, an individual,

13          Plaintiff,

14       v.

15   MARIPOSA COUNTY; MARIPOSA
     COUNTY SHERRIFF'S OFFICE;
16   SHERIFF DEPUTY WILLIAM
     ATKINSON; SHERIFF DEPUTY
17   WESLEY SMITH; ASHELY HARRIS;
     CALIFORNIA RECEIVERSHIP GROUP
18   ("CRG") AND MARK ADAMS IN HIS
     INDIVIDUAL AND OFFICIAL
19   CAPACITY, AND DOES 1 THROUGH
     100, INCLUSIVE.
20
21          Defendants.
22
23

Case No.  1:19-cv-01105-AWI-BAM

**ORDER GRANTING STIPULATION TO CONTINUE THE FEBRUARY 23, 2021 MANDATORY SCHEDULING CONFERENCE**

Judge: Hon. Judge Anthony W. Ishii
Mag. Judge: Hon. Barbara A. McAuliffe

24
25       The Court, having considered the Stipulation to Continue the February 23, 2021 Mandatory

26   Scheduling Conference submitted by the parties, and good cause appearing thereto, IT IS HEREBY

27   ORDERED that:

28
1

The Mandatory Scheduling Conference currently set for hearing on February 23, 2021, at 9:00 a.m. is continued to **April 5, 2021, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required. The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated:   **February 11, 2021**          /s/ *Barbara A. McAuliffe*

                    UNITED STATES MAGISTRATE JUDGE