UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY; MARIPOSA COUNTY SHERRIFF'S OFFICE; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHELY HARRIS; CALIFORNIA RECEIVERSHIP GROUP ("CRG") AND MARK ADAMS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | Case No.  1:19-cv-01105-AWI-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE APRIL 5, 2021 MANDATORY SCHEDULING CONFERENCE**<br><br>Judge: Hon. Judge Anthony W. Ishii<br>Mag. Judge: Hon. Barbara A. McAuliffe |

The Court, having considered the Stipulation to Continue the April 5, 2021 Mandatory Scheduling Conference (Doc. No. 105.) submitted by the parties, and good cause appearing thereto, IT IS HEREBY ORDERED that:

ORDER

The Mandatory Scheduling Conference currently set for hearing on April 5, 2021, at 9:00 a.m. is continued to **June 17, 2021, at 9:00 a.m., in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference of Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire is required. The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated: **March 25, 2021**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE