1  JENNER & BLOCK LLP
   Anthony Basich, SBN 100224
2  Julia Hirata, SBN 334889
   515 South Flower Street Suite 3300
3  Los Angeles, CA 90071-2054
   Telephone:    (213) 239-5100
4  Facsimile:    (213) 239-5199
   abasich@jenner.com
5  jhirata@jenner.com

6  Attorneys for Defendant Ashley Harris

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12

13  JERRY COX, an Individual, and JDC Land      Case No. 1:19-cv-01105-AWI-BAM
    Company, LLC, a limited liability company
14                                              **ORDER TO EXTEND PARTIES'**
                          Plaintiff,            **RESPONSE DEADLINES**
15
          v.
16
    MARIPOSA COUNTY; MARIPOSA
17  COUNTY SHERIFF'S OFFICE; SHERIFF
    DEPUTY WILLIAM ATKINSON; SHERIFF
18  DEPUTY WESLEY SMITH; ASHLEY
    HARRIS; AND DOES 1 THROUGH 100,
19
                          Defendants.
20

21

22

23

24

25

26

27

28

## <u>ORDER GRANTING JOINT STIPULATION</u>

Before the Court is the Parties' Joint Stipulation to Extend Parties' Response Deadlines. Having reviewed the stipulation of the parties, the Court finds that there is good cause for the requested continuance and APPROVES the stipulation. The Court hereby continues the pending deadlines in this case as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Defendants' Response to FAC | December 8, 2021 | December 28, 2021 |
| Plaintiff's Opposition | 14 days prior to Hearing Date | January 21, 2022 |
| Defendants' Reply | 7 days prior to Hearing Date | February 7, 2022 |
| Hearing Date | Not yet set | February 14, 2022 |

IT IS SO ORDERED.

Dated:   **December 2, 2021**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO EXTEND PARTIES' RESPONSE DEADLINES
CASE NO. 1:19-CV-01105-AWI-BAM