JENNER & BLOCK LLP
Anthony Basich (SBN 100224)
Julia Hirata (SBN 334889)
515 South Flower Street Suite 3300
Los Angeles, CA 90071-2054
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199
abasich@jenner.com
jhirata@jenner.com

Attorneys for Defendant
ASHLEY HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual, and JDC LAND COMPANY, LLC, a limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 1:19-cv-01105-AWI-BAM<br><br>**DEFENDANT ASHLEY HARRIS'S NOTICE OF JOINDER IN MARIPOSA COUNTY, SHERIFF DEPUTY WILLIAM ATKINSON, AND SHERIFF DEPUTY WESLEY SMITH'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: February 14, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 2 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that defendant Ashley Harris ("Harris") hereby joins in the Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6) that was filed herein by defendants Mariposa County (the "County"), Sheriff Deputy William Atkinson and Sheriff Deputy Wesley Smith (collectively, the "County Defendants") on December 28, 2021, and that is scheduled for hearing on February 12, 2022, the same day as Harris's Motion to Dismiss the FAC is scheduled to be heard. .

Harris's joinder is made on the ground that the County Defendants' arguments in support of their Motion to Dismiss are equally applicable to Harris (except for the County's argument that punitive damages cannot be obtained against a public entity), and is based on this Notice, the County Defendants' supporting Memorandum of Points and Authorities and Request for Judicial Notice, the pleadings, records, and files herein, and on such further written and oral arguments as may be presented to the Court.

For the reasons stated in her own Motion to Dismiss, and in the County Defendants' Motion to Dismiss, therefore, Harris respectfully requests that the Court dismiss the FAC without further leave to amend.

Dated:   January 3, 2022

JENNER & BLOCK LLP

By: *Anthony Basich*
Anthony Basich

Attorney for Defendant
ASHLEY HARRIS