UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY COX,

          Plaintiff,

    v.

MARIPOSA COUNTY, et al.,

          Defendants.

Case No.  1:19-cv-01105-AWI-BAM

**ORDER RE STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MARIPOSA COUNTY, SHERIFF DEPUTY WILLIAM ATKINSON, AND SHERIFF DEPUTY WESLEY SMITH'S, AND DEFENDANT ASHLEY HARRIS' MOTIONS TO DISMISS**

(Doc. 142)

On January 20, 2022, the parties filed a stipulation to extend the remaining briefing schedule and the February 14, 2022 hearing date on Defendant Ashley Harris' Motion to Dismiss First Amended Complaint and Defendants Mariposa County, Sheriff Deputy William Atkinson, and Sheriff Deputy Wesley Smith's Motion to Dismiss Certain Claims in Plaintiffs' First Amended Complaint.  (Doc. 132.)  According to the stipulation, after Defendants filed their respective motions to dismiss and before Plaintiffs' oppositions were due, Plaintiffs' lead counsel contracted COVID-19 and was unable to complete Plaintiffs' opposition by the January 21, 2022 deadline.  Due to counsel's illness and inability to complete opposition briefs, the parties joint request that the Court extend the current briefing schedule and continue the current February 14,

1

1  2022 hearing date at least twenty-one days.  (*Id.*)

2      Having considered the parties' stipulation, and good cause appearing, the request to

3  continue the briefing deadlines and hearing on Defendants' motions to dismiss is GRANTED.

4  Plaintiffs' oppositions to Defendants' motions to dismiss shall be due on February 9, 2022.

5  Defendants' replies shall be due on February 28, 2022.  The hearing on Defendants' motions to

6  dismiss is continued to **March 7, 2022, at 1:30 p.m. in Courtroom 2 (AWI) before Senior**

7  **District Judge Anthony W. Ishii**.

8

9  IT IS SO ORDERED.

10  Dated:   __**January 26, 2022**__          ___/s/ *Barbara A. McAuliffe*___

11                                        UNITED STATES MAGISTRATE JUDGE