1
Frederick J. Geonetta, SBN 114824
Kenneth Frucht, SBN 178881
2
Geonetta & Frucht LLP
825 Washington Street, Suite 220
3
Oakland, CA  94607
Telephone:  (510) 254-3777
4
fred@geonetta-frucht.com
kfrucht@gmail.com
5

6
Attorneys for Plaintiffs
JERRY COX AND JDC LAND
7
COMPANY LLC

8
Additional Counsel Listed On Signature Page

9

10
UNITED STATES DISTRICT COURT

11
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

13
JERRY COX, an Individual; and JDC Land
Company, LLC, a limited liability company,

14
Plaintiffs,

15
v.

16
MARIPOSA COUNTY; SHERIFF DEPUTY
WILLIAM ATKINSON; SHERIFF DEPUTY
17
WESLEY SMITH; ASHLEY HARRIS; AND
DOES 1 THROUGH 100, INCLUSIVE.
18
Defendants.

19

CASE NO.: 1:19-cv-01105-JLT-BAM

**STIPULATION TO EXTEND
PRETRIAL DEADLINES AND TRIAL
DATE; [PROPOSED] ORDER**

**Judge: Jennifer L. Thurston
Action Filed: August 12, 2019**

20

21

22

23
    Plaintiffs Jerry Cox and JDC Land Company LLC ("Plaintiffs") sought and obtained from

Defendants Mariposa County, Sheriff Deputy William Atkinson, Sheriff Deputy Wesley Smith, and

24
Ashley Harris ("Defendants") a stipulation for an extension of time for all current pretrial deadlines

25
and the current trial date. This stipulation was sought because Plaintiffs' counsel in his two-lawyer

26
firm experienced a sudden and unexpected life threatening medical condition requiring an

27
emergency room visit and subsequent hospitalization immediately following the Easter Holiday

28
weekend in 2023, and which left him in serious pain and discomfort, and unable to work for nearly

1

5 months of recovery. During treatment for this health condition, further health issues were identified which required surgery and another painful, lengthy recovery. As a result of these unexpected and unavoidable health crises, Plaintiffs' counsel was unable to work, and thus unable to complete the discovery necessary to prepare the case before the current discovery cutoff of March 11, 2024. Fortunately, Plaintiffs' counsel is recovering and is now able to return to work.

While both sides have exchanged an initial round of written discovery, discovery is ongoing. The parties have not completed their respective document productions, and depositions have not yet been taken, pending completion of each party's responses to written discovery.

Plaintiffs sought an extension for the approximately eight-month period during which counsel was unable to work due to his medical condition. In the interest of resolving this matter efficiently and on a reasonable timeline, Defendants agreed to a four-month extension. While Plaintiffs appreciate the Defendants' understanding of these obviously unforeseen circumstances, Plaintiffs are not certain that four months will allow all the parties enough time to complete discovery. For this reason, Plaintiffs reserve their right to seek a further extension should the need arise. Defendants reserve their right to oppose a request for such an extension.

During the scheduling conference in this matter, Magistrate Judge McAuliffe advised the parties that it was almost certain that the current trial date will not "stick", due to significant backlogs in this district. Thus pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Local Rule 143, and Local Rule 144, the parties hereby agree to extend to continue the pretrial and trial dates in this matter as follows:

|  | Current | Stipulated New Dates |
| --- | --- | --- |
| Discovery cutoff: | March 11, 2024 | July 11, 2024 |
| Expert Disclosure | May 17, 2024 | September 20, 2024 |
| Supplemental Expert Disclosure | June 17, 2024 | October 18, 2024 |
| Expert Discovery Deadline | August 16, 2024 | December 16, 2024 |
| Dispositve Motion Deadline | September 30, 2024 | February 3, 2025 |

STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENSION OF PRTERIAL AND TRIAL SECHEDLUE

2

| | | |
|---|---|---|
| Pretrial Conference | March 5, 2025<br>10:00 a.m. | July 2, 2025<br>10:00 a.m. |
| Trial | May 13, 2025<br>8:30 a.m. | September 23, 2025<br>8:30 a.m. |

Respectfully submitted,

DATED:  February _, 2024                              GEONETTA & FRUCHT, LLP


By:  /s/


Frederick J. Geonetta
Geonetta & Frucht LLP
Attorneys for Plaintiff Jerry Cox


DATED: February _, 2024                              By:  /s/


Brandon Fox
AnnaMarie A. Van Hoesen
Madeline P. Skitzki
Jenna L. Conwisar

JENNER & BLOCK LLP
Attorneys for Defendant
Ashley Harris


DATED: February _, 2024                              By:  /s/_____


Brian T. Chu
Monica Phan
Serviam by Wright LLP
Attorneys for Defendants
Mariposa County, Sheriff
Atkinson, and Sheriff Deputy
Deputy William
Wesley Smith

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENSION OF PRTERIAL AND TRIAL SECHEDLUE

4

1      UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

3

4   JERRY COX, an Individual, JDC LAND          **CASE NO.: 1:19-cv-01105-JLT-BAM**
    COMPANY, LLC, a California Limited
    Liability Company,
5                                              **ORDER EXTENDING TIME FOR**
                                               **PLAINTIFF JERRY COX TO RESPOND**
          Plaintiffs,                          **TO DEFENDANTS' MOTIONS TO**
6                                              **DISMISS AND MOTIONS FOR**
                                               **STAY/ABSTENTION**
7   v.

8   MARIPOSA COUNTY;SHERIFF DEPUTY
    WILLIAM ATKINSON; SHERIFF DEPUTY
9   WESLEY SMITH; ASHLEY HARRIS; AND           **Judge: Jennifer L. Thurston**
    DOES 1 THROUGH 100, INCLUSIVE.             **Action Filed: August 12, 2019**

10

11
          Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties having stipulated, and good cause otherwise having been shown, the current

2  pretrial and trial schedule is extended as follows:

|  | **Current Dates** | **Stipulated New Dates** |
|---|---|---|
| **Discovery cutoff**: | March 11, 2024 | July 11, 2024 |
| **Expert Disclosure:** | May 17, 2024 | September 20, 2024 |
| **Supplemental Expert Disclosure:** | June 17, 2024 | October 18, 2024 |
| **Expert Discovery Deadline:** | August 16, 2024 | December 16, 2024 |
| **Dispositve Motion Deadline:** | September 30, 2024 | February 3, 2025 |
| **Pretrial Conference:** | March 5, 2025 10:00 a.m. | July 7, 2025 10:00 a.m. Courtroom 4 (JLT) |
| **Trial :** | May 13, 2025 8:30 a.m. | September 23, 2025 8:30 a.m. Courtroom 4 (JLT) |

18    The Court will not grant further continuances, absent good cause, which will be narrowly

19  construed.

21  IT IS SO ORDERED.

22

23   Dated:   **February 26, 2024**            /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE