IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| JERRY COX, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-1105-LHR. |
| | § | |
| MARIPOSA COUNTY, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. September 6, 2024**INTERIM PRETRIAL CONFERENCE**
   Conference will be held by Zoom at 1:30 P.M. Central Time.

2. September 20, 2024**COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

3. September 20, 2024**EXPERT DISCLOSURE CUTOFF**
   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. May 2, 2025**PRETRIAL CONFERENCE**
   Conference will be held by Zoom at 1:30 P.M. Central Time.

5. May 23, 2025**TRIAL**
   Trial will be held in a courtroom and at a time to be determined.

6.      Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

SIGNED on June 28, 2024, at Houston, Texas.

                                                Lee H. Rosenthal
                                        United States District Judge