UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

JERRY COX, an individual, and JDC LAND COMPANY, LLC, a limited liability company,

    Plaintiffs,

    v.

MARIPOSA COUNTY, SHERIFF DEPUTY WILLIAM ATKINSON, SHERIFF DEPUTY WESLEY SMITH, ASHLEY HARRIS, and DOES 1 THROUGH 100, inclusive,

    Defendants.

Case Number: 1:19-cv-01105-LHR-BAM
Action Filed: August 12, 2019
Judge: Lee H. Rosenthal
Mag. Judge: Barbara A. McAuliffe

## ORDER

Having considered the Parties' Stipulation and finding good cause, the Court adopts the signed Stipulated Motion to Extend All Pre-Trial Deadlines (Docket Entry No. 197). The Amended Pretrial Schedule is as follows:

1) November 19, 2024 - COMPLETION OF DISCOVERY
2) November 19, 2024 – EXPERT DISCLOSURE CUTOFF
3) December 20, 2024 – SUPPLEMENTAL EXPERT DISCLOSURE CUTOFF
4) January 20, 2025 – EXPERT DISCOVERY DEADLINE
5) March 13, 2025 – DISPOSITIVE MOTIONS DEADLINE

Dated: October 18, 2024

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND ALL PRE-TRIAL DEADLINES