UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an Individual, JDC LAND COMPANY, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>Defendants. | CASE NO.: 1:19-cv-01105-JLT-BAM<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DATES PER PARTIES' STIPULATION**<br><br>**Judge: Lee H. Rosenthal**<br>**Action Filed: August 12, 2019** |

The parties having stipulated, and good cause otherwise having been shown, the current pretrial and trial schedule is extended as follows:

| | Current | Stipulated New Dates |
|---|---|---|
| Discovery cutoff: | Complete | Complete |
| Expert Disclosure | Complete | Complete |
| Supplemental Expert Disclosure | Complete | Complete |
| Expert Discovery Deadline | February 20, 2025 (by stipulation) | March 20, 2025 |
| Dispositve Motion Deadline | March 13, 2025 | May 27, 2025 |
| Pretrial Conference | May 2, 2025 1:30 p.m. | September 3, 2025 10:00 a.m. |
| Trial | May 23, 2025 8:30 a.m. | September 23, 2025 8:30 a.m. |

IT IS SO ORDERED

Dated January 31, 2025

United States District Court
Judge Lee H. Rosenthal