IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an individual; and JDC LAND COMPANY, LLC, a limited liability company,<br><br>                  Plaintiffs,<br><br>   v.<br><br>MARIPOSA COUNTY; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; and DOES 1 through 100, inclusive,<br><br>                  Defendants. | Case No.<br>1:19-cv-01105-LHR<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>Judge Lee J. Rosenthal<br>Action Filed: August 12, 2019 |

ORDER

4925-5331-5397

ORDER

Before the Court is the Joint Stipulation to Extend Dispositive Motion Deadline filed by Plaintiffs Jerry Cox and JDC Land Company, LLC, and Defendants Mariposa County, Sheriff Deputy William Atkinson, Sheriff Deputy Wesley Smith, and Ashley. On the parties' stipulation, the Court APPROVES the Stipulation and EXTENDS the deadline to file dispositive motions in this matter to June 26, 2025.

Dated  May 21 , 2025

*Lee H. Rosenthal*

Senior United States District Court
Judge Lee H. Rosenthal