IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| JERRY COX, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-1105 |
| MARIPOSA COUNTY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The parties in this case have filed motions for summary judgment, and in doing so, self-calendared separate hearings on each of those motions in front of Magistrate Judge McAuliffe. (Docket Entry Nos. 208, 215, 217, 219). The hearings on the motions will be held before Judge Rosenthal. The court vacates the current settings in front of Judge McAuliffe, and sets the hearing on the motions for summary judgment before Judge Rosenthal on August 29, 2025, at 1:00 pm PT, on Zoom.

SIGNED on July 9, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge