BRIAN T. CHU, CBN 161900
Chu@Serviam.Law
NICOLAS L. JABER, CBN 349596
Jaber@Serviam.Law
ISABEL CRUZ, CBN 359842
Cruz@Serviam.Law
SERVIAM BY WRIGHT LLP
3 Corporate Park, Suite 100
Irvine, California 92606
Phone: 949-385-6431
Fax:    949-385-6428

Attorneys for Defendants
Mariposa County, Sheriff Deputy William Atkinson,
and Sheriff Deputy Wesley Smith

Exempt from filing fees pursuant to
Government Code section 6103.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an individual, and JDC LAND COMPANY, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARIPOSA COUNTY, SHERIFF DEPUTY WILLIAM ATKINSON, SHERIFF DEPUTY WESLEY SMITH, ASHLEY HARRIS, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case Number: 1:19-cv-01105-LHR-BAM<br>Action Filed: August 12, 2019<br>Judge:       Lee H. Rosenthal<br>Mag. Judge:  Barbara A. McAuliffe<br><br>**ORDER, RE BRIEFING SCHEDULE FOR FILING OPPOSITIONS AND REPLIES TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge Lee J. Rosenthal<br>Action Filed: August 12, 2019 |

ORDER

Before the Court is the Joint Stipulation for Briefing Schedule for Filing Oppositions and Replies to Oppositions to Motions for Summary Judgment filed by Plaintiffs Jerry Cox and JDC Land Company, LLC, and Defendants Mariposa County, Sheriff Deputy William Atkinson, Sheriff Deputy Wesley Smith, and Ashley Harris, by and through their undersigned counsel. On the Parties' stipulation, the Court APPROVES the Stipulation and sets the following deadlines for the filing of Oppositions, and Replies to Oppositions, and their supporting documents:

| | |
|---|---|
| OPPOSITIONS to Motions for Summary Judgment or Partial Summary Judgment: | August 1, 2025 |
| REPLIES to Oppositions to Motion for Summary Judgment or Partial Summary Judgment | August 22, 2025 |

Dated: 7/15/2025

_____
Senior United States District Court
Judge Lee H. Rosenthal