IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY COX, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 19-1105 |
| | § | |
| MARIPOSA COUNTY, et al., | § | |
| | § | |
| Defendants. | § | |

**SECOND AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. N/A  **MOTIONS TO ADD NEW PARTIES**
   No new parties are needed.

2. N/A  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions for leave to amend must show good cause.

3. N/A  **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
   Discovery has closed.

4. N/A  **MEDIATION**
   The court has not ordered the parties to mediate.

5. N/A  **COMPLETION OF DISCOVERY**
   Discovery has closed.

6. N/A  **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
   The parties have filed their pretrial dispositive motions.

7. January 29, 2026  **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8. February 5, 2026      **DOCKET CALL**
Docket Call will be held at 2:00 p.m. by Zoom. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call.

9. February 9, 2026      **TRIAL**
Trial will be held in a courtroom and at a time to be determined.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

SIGNED on September 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge