## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY COX, *et al.*,                            §
                                                §
                    Plaintiffs,                 §
v.                                              §    CIVIL ACTION NO. 1:19-1105
                                                §
MARIPOSA COUNTY, *et al.*,                      §
                                                §
                    Defendants.                 §

## FINAL JUDGMENT

For the reasons set forth in this court's June 1, 2026, Memorandum and Opinion, this civil action is dismissed, with prejudice.  This is a final judgment.

SIGNED on June 15, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge