KENNETH FRUCHT, State Bar No. 178881
FREDERICK J. GEONETTA, State Bar No. 114824
**GEONETTA & FRUCHT LLP**
825 Washington Street, Suite 220
Oakland, CA 94607
Telephone: (510) 356-2633
Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY COX, an individual; and JDC LAND COMPANY, LLC, a limited liability company, PLAINTIFFS,<br><br>v.<br><br>MARIPOSA COUNTY; SHERIFF DEPUTY WILLIAM ATKINSON; SHERIFF DEPUTY WESLEY SMITH; ASHLEY HARRIS; AND DOES 1 THROUGH 100, INCLUSIVE, DEFENDANTS. | **CASE NO.: 1:19-cv-01105 LHR**<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR ATTORNEYS' FEES** |

Plaintiffs Jerry Cox and JDC Land Company LLC ("Plaintiffs") and Defendant Ashley Harris, by and through their respective counsel of record, stipulate as follows:

1. On July 13, 2026, Harris filed a Motion for Attorneys' Fees ("Motion").
2. Plaintiffs' opposition to the Motion is presently due on July 27, 2026, and Harris's reply in support of the Motion is presently due on August 6, 2026.
3. The parties have agreed to a reciprocal extension of the briefing deadlines to provide both sides additional time to prepare their respective submissions.
4. Accordingly, the parties stipulate and agree that:

a. Plaintiffs shall file and serve their opposition to the Motion on or before August 13, 2026;

b. Harris shall file and serve her reply in support of the Motion on or before September 3, 2026.

5. This stipulation does not alter any deadline in this action, except as expressly stated above.

6. The requested extensions are made by mutual agreement, in good faith, and not for purposes of delay.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 28, 2026

/s/ *Kenneth Frucht*

Kenneth Frucht
Frederick Geonetta
GEONETTA & FRUCHTLLP

Attorneys for Plaintiffs
Jerry Cox and JDC Land
Company LLC

DATED: July 28, 2026

/s/*AnnaMarie A. Van Hoesen*

AnnaMarie A. Van Hoesen
Madeline P. Skitzki
Jenna L. Conwisar

JENNER & BLOCK LLP
Attorneys for Defendant
Ashley Harris

Signed on July 28, 2026.

Lee H. Rosenthal
Senior United States District Judge